IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEANYI JOSEPH OKORAFOR, | : Civil No. 3:20-CV-2221 |
| | : (JUDGE MARIANI) |
| Petitioner | : |
| v. | : |
| WARDEN CRAIG A. LOWE, | : |
| Respondent | : |

## ORDER

AND NOW, THIS 17th DAY OF JUNE 2021, upon consideration of Petitioner's Emergency Successive Petition for a Writ of Habeas Corpus and Release from Detention (Doc. 1) and all relevant documents, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's Emergency Successive Petition for a Writ of Habeas Corpus and Release from Detention (Doc. 1) is **DEEMED MOOT**;

2. The Report and Recommendation (Doc. 15) recommending denial of the Petition is **DEEMED MOOT**;

3. Petitioner's Motion to Expedite the Adjudication of the Wirt of Habeas Corpus Petition (Doc. 22) is **DEEMED MOOT**;

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge